**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Thomas Mellor BAINS, Defendant-Appellant.**

No. 16-12928
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(April 25, 2017)

Jason Sterling Beaton, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Thomas Mellor Bains in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bains's conviction and sentence are **AFFIRMED**.